IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | CASE NO: 4:18CR 127 |
| | § | JUDGE Mazzant |
| v. | § | |
| | § | |
| | § | |
| BHAVESH PATEL | § | |

**FILED**
AUG 8 - 2018
Clerk, U.S. District Court
Texas Eastern

**INDICTMENT**

THE UNITED STATES GRAND JURY CHARGES:

**Count One**

Violation:  18 U.S.C.
§1030(a)(5)(A) (Intentional
Damage to a Protected Computer)

## I.    Introduction

At all times material to this Indictment:

1.    The victim in this case (hereinafter, "Victim Hospital") was a non-profit health services company that operated hospitals and medical centers throughout the United States;

2.    Victim Hospital operated a computer network with servers located in Collin County, Texas, in the Eastern District of Texas;

3.    Defendant BHAVESH PATEL was an individual employed as a contractor for Victim Hospital as a lead database engineer and administrator responsible for implementing an electronic medical records ("EMR") system known as EPIC;

4.      Victim Hospital used a dual-environment structure for EMR, through which one environment (called the "PROD" environment) collected EMR on a real-time basis, and then transferred all of the new EMR to a second environment (called the "SUP" environment), pursuant to an "environment copy script" that ran at a scheduled time each day.  The dual-environment structure allowed Victim Hospital to perform routine maintenance to EMR on the SUP environment without disrupting medical providers' ability to provide services to patients and create new EMR over the course of each day.

5.      Defendant's project assignment at Victim Hospital was terminated on or about July 18, 2013.

II.     **The Offense**

A.      Bhavesh Patel's Unauthorized Access to Victim Hospital's Computers

6.      On or about July 17, 2013, BHAVESH PATEL modified the user account of a former member of the Victim Hospital's Information Technology ("IT") team, M.M., by changing the password to M.M.'s account;

7.      On or about August 16, 2013, BHAVESH PATEL logged into a virtual private network (VPN) for Victim Hospital using an account in his name that established a connection between a computer at his home in South Dakota and Victim Hospital's network's protected computers, consisting of servers in the Eastern District of Texas and elsewhere;

8.    Upon logging into the VPN, BHAVESH PATEL then logged into Victim Hospital's system using M.M.'s user account that he had reset on July 17, 2013;

9.    While logged into Victim Hospital's system, BHAVESH PATEL modified the system alert file that is used for the delivery of alert notifications to system administrators regarding problems with Victim Hospital's servers; BHAVESH PATEL changed the e-mail address to which alert messages were sent to a non-existent e-mail address. This action prevented system administrators from being able to receive alerts when subsequent system errors occurred;

10.    BHAVESH PATEL then changed the environment copy script that Victim Hospital used in connection with its management of electronic medical records. In particular, BHAVESH PATEL directed the system to copy EMR that belonged to Victim Hospital from the SUP system to the PROD system instead of the typical transfer of new EMR from the PROD system to the SUP system. In effect, BHAVESH PATEL re-configured the environment copy script to overwrite all of the new EMR from the previous day with older data contained in the SUP system;

11.    BHAVESH PATEL then changed the environment copy script schedule such that the modified script ran immediately rather than waiting until the scheduled time on the following day. When the modified script was executed, the system rejected the copy operation that the script attempted to perform. This in turn caused the system to enter an error state that made the system unavailable to the entire Victim Hospital system.

Indictment
Page 3 of 6

System administrators were not alerted to the error condition by the system alert mechanism because BHAVESH PATEL had altered the alert configuration earlier;

12.    After changing the environment copy script, BHAVESH PATEL used the set command to change the last modified date and time for the environment copy script and the log files that record when the environment copy script operated;

13.    As a result of BHAVESH PATEL's changes to the environment copy script, the entire medical record system at four of the Victim Hospital's facilities crashed for approximately 30 minutes, preventing hospital personnel from accessing patient medical records, properly admitting new patients, or registering patient medications in the Victim Hospital's records system.

B.    Execution of the Offense

14.    On or about August 16, 2013, within the Eastern District of Texas and elsewhere, the defendant, BHAVESH PATEL, knowingly caused the transmission of a program, information, code, and command, and, as a result of that conduct, intentionally caused, and attempted to cause, damage, without authorization, to a protected computer, to wit, by logging into Victim Hospital's computer system, changing the alert e-mail address, altering the environment copy script, changing the script schedule, and changing the last modified date and time for the script and log files, BHAVESH PATEL intentionally caused damage resulting in loss to one or more persons during a one-year period aggregating at least $5,000 in value; the modification and impairment, and

potential modification and impairment, of the medical examination, diagnosis, treatment, and care of one or more individuals; a threat to public health and safety; and, damage affecting ten or more protected computers during a one-year period.

All in violation of 18 U.S.C. §§ 1030(a)(5)(A) and (c)(4)(B)(i)(I), (II), (IV) and (VI), and (ii).

## Count Two

Violation: 18 U.S.C. §1028(A)
(Aggravated Identity Theft)

15.    Paragraphs 1 through 14 of Count 1 are re-alleged and re-incorporated as if fully set forth herein.

16.    On or about August 16, 2013, within the Eastern District of Texas and elsewhere, the defendant, BHAVESH PATEL knowingly transferred, possessed and used, without lawful authority, a means of identification of another person, to wit, the username and password to access the Victim Hospital computer network that belonged to M.M., during and in relation to the felonies listed in 18 U.S.C. § 1028A(c), to wit, Intentional Damage to a Protected Computer, in violation of 18 U.S.C. § 1030(a)(5)(A),

In violation of Title 18, United States Code, Section 1028A(a)(1).

## NOTICE OF INTENT TO SEEK CRIMINAL FORFEITURE

### Criminal Forfeiture Pursuant to 18 U.S.C. § 982(a)(2)(B)

Indictment
Page 5 of 6

As a result of committing the offense charged in this indictment, PATEL may have acquire property constituting, or derived from, proceeds obtained directly or indirectly.  All such proceeds are subject to forfeiture by the government.

A TRUE BILL:

_____
GRAND JURY FOREPERSON

JOSEPH D. BROWN
UNITED STATES ATTORNEY
EASTERN DISTRICT OF TEXAS

_____
Camelia Lopez
Assistant United States Attorney

_8-8-18_
Date

Indictment
Page 6 of 6

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | NO. 4:18CR |
| | § | Judge |
| BHAVESH PATEL | § | |

## NOTICE OF PENALTY

### Count One

Violation:       18 U.S.C. § 1030(a)(5)(A)

Penalty:         Not more than ten years imprisonment, a fine not to exceed
                 $250,000, or not more than the greater of twice the gross
                 gain to the defendant or twice the gross loss to one other than
                 the defendant, or both; supervised release of not more than
                 three years.

Special
Assessment:      $100.00

### Count Two

Violation:       18 U.S.C. § 1028A

Penalty:         A term of imprisonment of 2 years to run consecutively to any other
                 offense of conviction.

Special
Assessment:      $100.00

Patel Notice of Penalty
Page 1 of 1