# United States District Court
### EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § § § § | |
| v. | § § | CASE NO. 4:18-CR-127 |
| | § | JUDGE MAZZANT/JUDGE JOHNSON |
| BHAVESH PATEL. | § § § | |

## MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On November 14, 2018, the Magistrate Judge entered proposed findings of fact and recommendations (Dkt. #31) that Defendant Bhavesh Patel's ("Defendant") Motion to Transfer Venue (Dkt. #16) be **DENIED**.

Having received the report of the United States Magistrate Judge, and no objections thereto having been timely filed, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's report as the findings and conclusions of the Court. Therefore, Defendant's Motion to Transfer Venue (Dkt. #16) is **DENIED**.

    **IT IS SO ORDERED**.

    SIGNED this 30th day of November, 2018.

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE